**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-7095**

─────────

EARL C. MURPHY,

                            Petitioner - Appellant,

        versus

MARION POLICE DEPARTMENT,

                            Respondent - Appellee.

─────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-00-538-7)

─────────

Submitted:  January 18, 2001          Decided:  January 30, 2001

─────────

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Earl C. Murphy, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Earl C. Murphy seeks to appeal the district court's order denying relief on his action construed as a petition under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Murphy v. Marion Police Dep't, No. CA-00-538-7 (W.D. Va. filed July 6, 2000; entered July 7, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2